| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| LINDQUIST, RUSSELL K. | UNITED STATES BANKRUPTCY COURT | 06/20/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| BANKRUPTCY JUDGE-SENIOR STATUS | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

FEDERAL BUILDING
SUITE 3600
5400 FEDERAL PLAZA
HAMMOND, IN 46320

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust (See Addditional Information Part VIII) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ML Bank Deposit Program FKAMerrill Lynch Bank USA Money Fund | A | Interest | J | T | | | | | |
| 2. Muniyield Insured Fund Renamed Blackrock Muniyield Ins. Fund | D | Dividend | M | T | | | | | |
| 3. Black Rock Muni Assets Fund | B | Dividend | K | T | | | | | |
| 4. -Continuation of Part VII as to RKL IRA Investments | | | | | | | | | |
| 5. Merrill Lynch IRA (Aggregate Ownership Arrangment) | C | Dividend | L | T | | | | | |
| 6. Merrill Lynch IRA (Aggregate Ownership Arrangement | E | Interest | N | T | | | | | |
| 7. -JP Morgan Chase Co Subordinated Note | | | | | | | | | |
| 8. -Merrill Lynch CAP, Tr. IV Def. Int. Orig. PFD Secured Note | | | | | | | | | |
| 9. -Merrill Lynch CAP, Tr. V Def. Int. Orign. PFD Sec. Note | | | | | | | | | |
| 10. -Merrill Lynch Bank USA RASP Money Account | | | | | | | | | |
| 11. -Equitable Accumulator Elite Annuity AFLAC | | | | | | | | | |
| 12. -SBC Communications Note | | | | | | | | | |
| 13. -Bk. of Amer New Money Serie E Floating Perp. | | | | | | | | | |
| 14. -Comcast Corp. Note | | | | | Redeemed | 07/23/12 | K | A | |
| 15. -Freddy Mac New Money Ser V Perp. | | | | | | | | | |
| 16. -General Electric Capital Public Income Note | | | | | | | | | |
| 17. -Bk. of Amer. New Money Ser E FTG Perp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Freddie Mac New Money Ser V Perp. | | | | | | | | | |
| 19. -Textron Financial Corp. Bond | | | | | | | | | |
| 20. -Gannett Co. Inc. GLB Bond | | | | | Redeemed | 04/2/12 | K | A | |
| 21. -Kraft Foods, Inc. | | | | | Redeemed | 06/01/12 | K | A | |
| 22. -Kraft Foods, Inc. | | | | | | | | | |
| 23. -General Mills, Inc. | | | | | Redeemed | 02/15/12 | K | A | |
| 24. -E.I. DuPont DE Nemors | | | | | | | | | |
| 25. -UST., Inc. | | | | | Redeemed | 07/16/12 | J | A | |
| 26. -Duke Capital Corp. | | | | | | | | | |
| 27. -Progress Energy | | | | | Redeemed | 04/10/12 | J | A | |
| 28. -Fortune Brands, Inc. | | | | | | | | | |
| 29. -Laboratory Corp. of Amer. | | | | | | | | | |
| 30. -GATX Corp. Bond | | | | | | | | | |
| 31. -Sara Lee Bond | | | | | Redeemed | 04/09/12 | K | A | |
| 32. -Sara Lee Bond | | | | | | | | | |
| 33. -NM Gen. Elect. Cap. Corp. BE Bond | | | | | Redeemed | 06/15/12 | J | A | |
| 34. -AMVESCAP PLC Bond | | | | | Redeemed | 04/17/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -CONAGRA Foods Bond | | | | | | | | | |
| 36. -ANALOG Devices Bond | | | | | | | | | |
| 37. -PPL Energy Supply LLC Bond | | | | | | | | | |
| 38. -Ingersoll-Rand GL Ltd. Bond | | | | | | | | | |
| 39. -Ryder-Systems, Inc. Bond | | | | | | | | | |
| 40. -Donnelly (R.R.) & Sons Bond | | | | | | | | | |
| 41. -WK Beakley Bond | | | | | | | | | |
| 42. -Pitney Bowes, Inc. Bond | | | | | | | | | |
| 43. -AirgGas, Inc. Bond | | | | | | | | | |
| 44. -Digital Realty Trust LLP Co. Bond | | | | | | | | | |
| 45. -JPMorgan Chase Bond | | | | | | | | | |
| 46. -Pitney Bowes, Inc. Bond | | | | | | | | | |
| 47. -Sara Lee Corp. Bond | | | | | | | | | |
| 48. -AirGas, Inc. Bond | | | | | | | | | |
| 49. -Direct TV Holdings, LLC Bond | | | | | | | | | |
| 50. -AT&T Inc. See Part VIII | | | | | Redeemed | 06/29/12 | K | | |
| 51. -Best Buy Inc. | | | | | Buy | 02/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LINDQUIST, RUSSELL K. | 06/20/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SR Housing Prop. Trus | | | | | Buy | 02/22/12 | J | | |
| 53. -Emfergy Corp | | | | | Buy | 04/10/12 | J | | |
| 54. -SR Housing Prop. Tr | | | | | Buy | 04/23/12 | J | | |
| 55. -Key Bank N.A. | | | | | Buy | 06/08/12 | J | | |
| 56. -ArceLor Mittal | | | | | Buy | 06/08/12 | K | | |
| 57. -Safeway Inc. | | | | | Buy | 07/31/12 | J | | |
| 58. -CRU America Inc. | | | | | Buy | 08/09/12 | K | | |
| 59. -Clevland Elect Illum | | | | | Buy | 08/20/12 | J | | |
| 60. -Ford Motor Credit Co. LLC | | | | | Buy | 09/07/12 | J | | |
| 61. -Morgan Stanley | | | | | Buy | 11/29/12 | J | | |
| 62. -Ford Motor Credit LLC | | | | | Buy | 11/29/12 | J | | |
| 63. -Merrill Lynch IRA-▓▓▓ (Aggregate Ownership Arrangement) | D | Interest | M | T | | | | | |
| 64. -ML Bank Deposit Program f/k/a Merrill Lynch USA Rasp MF | | | | | | | | | |
| 65. -Euitable Accumulator Elite Annuity | | | | | | | | | |
| 66. -Kraft Foods, Inc. | | | | | Redeemed | 06/01/12 | J | A | |
| 67. -Kraft Foods, Inc. | | | | | | | | | |
| 68. -General Mills, Inc. | | | | | Redeemed | 06/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Emerson Electric | | | | | | | | | |
| 70. -USX Marathon Grov P | | | | | | | | | |
| 71. -Laboratory Corp. of Amer. | | | | | | | | | |
| 72. -Hasbro, Inc. Bond | | | | | | | | | |
| 73. -Donelly (R.R.) & Sons Bond | | | | | | | | | |
| 74. -AirGas, Inc. Bond | | | | | | | | | |
| 75. -Digital Realty Trust, LLP | | | | | | | | | |
| 76. -JPMorgan Chase Co. Bond | | | | | | | | | |
| 77. -AT&T Inc. See Part VIII | | | | | Redeemed | 06/29/12 | K | | |
| 78. -Best Buy Co. Inc. | | | | | Buy | 02/22/12 | J | | |
| 79. -Sr Housing Prop Trus | | | | | Buy | 02/22/12 | J | | |
| 80. -Key Bank N.A. | | | | | Buy | 06/08/12 | J | | |
| 81. -ArcelorMittal | | | | | Buy | 06/08/12 | J | | |
| 82. -CRU America Inc. | | | | | Buy | 08/09/12 | J | | |
| 83. Irrevocable Trust 1 (X) | None | N | T | | | | | | |
| 84. -Real Estate LaPorte IN (X) | | | | | | | | | |
| 85. -Residence Portage IN (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Merrill Lynch Cash Mgt. Acct. (X) | | | | | | | | | |
| 87. -GNM Security (X) | | | | | | | | | |
| 88. -GNM Security (X) | | | | | | | | | |
| 89. -Black Rock Muniyield Bond (X) | | | | | | | | | |
| 90. -Nuveen Ins. Bond (X) | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I took an IRA Distribution of $28,921.61 on January 10, 2012. After IRS Withholding of $6,362.00 and IDR Withholding of $1,156.00, the net of $21,403.01 was credited to my Merrill Lynch Bank Deposit Program.

I also took an IRA Distribution of $12,000.00 on December 5, 2012. After IRS Withholding of $2,640.00 and IDR Withholding of $480.00, the net of $8,800.00 was credited to my Merrill Lynch bank Deposit Program.

 took an IRA Distribution of $9,952.15 on November 13, 2012. After IRS Withholding of $2,200.00 and IDR Withholdoing of $400.00, the net of $7,352.15 was creditred to her Merrill Lynch Bank Deposit Program.

As to Section I. Positions:  died on December 4, 2012. Up to that date the Trust was Revocable and  was the Trustee. On  demise the Trust became irrevocable and I became the Trustee, and primary beneficiary. There were no reportable income or taxable income from December 4, 2012 through the end of the year.

The AT&T Bond reported in Part VII, Page 6, Line 50 and the AT&T Bond reported in Part VII Page 8, Line 77 (Spouse) are not duplicates. Our Merrill Lynch Consolidated Report covering the period from June 1, 2012 to June 29, 2012 shows that both Bonds were redeemed on the same day, or June 29, 2012 and both had a Value Code of K.

Our Merrill Lynch Consolidated Report for the period covering May 1, 2012 to May 31, 2012 reflects that both of these Bonds were purchased on April 24, 2009 and both had a Value Code of K.

Failure to Report these two Bonds on my previous Report was an oversight.

| Name of Person Reporting | Date of Report |
|---|---|
| LINDQUIST, RUSSELL K. | 06/20/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RUSSELL K. LINDQUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544